FORM ntpoclm (Rev. 03/24)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Panama City Division

In Re: Charlie Lawrence Jones Jr.　　　　　　　　　Bankruptcy Case No.:  25–50189–KKS
　　　SSN/ITIN: xxx–xx–0845
　　　Debtor

　　　Mary Elizabeth Jones　　　　　　　　　　　　Chapter:  7
　　　SSN/ITIN: xxx–xx–1150　　　　　　　　　　　Judge:  Karen K. Specie
　　　Joint Debtor

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form 410) and appropriate supporting documentation with the clerk of the bankruptcy court on or before **July 22, 2026.** *Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate*. There is no fee for filing a proof of claim.

FILE AN ELECTRONIC PROOF OF CLAIM: You may file an electronic version of the Proof of Claim form via this Court's website at https://ecf.flnb.uscourts.gov/cgi–bin/autoFilingClaims.pl without a login or password. Upon completion of the electronic filing process, you will be able to print a PDF version of your claim with a date stamp as proof of filing. Registered users of CM/ECF may file a Proof of Claim in CM/ECF.

FILE A PROOF OF CLAIM BY MAIL: The proof of claim form (Official Form 410) may be obtained from the website of the United States Courts at http://www.uscourts.gov/forms/bankruptcy–forms or from any bankruptcy clerk's office and mailed to the address shown below. To receive acknowledgement of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access PACER (https://www.pacer.uscourts.gov) to view your filed proof of claim.

**IMPORTANT NOTE: You must keep your mailing and contact information current with the Court to receive payments that may be distributed by the trustee**. To notify the Court of a change of address after filing your proof of claim, use FLNB Local Form 11, Notice of Change of Address for Creditor, available on our website at www.flnb.uscourts.gov/forms. CM/ECF users should file this form in CM/ECF; all others may hand–deliver the Notice or mail it to U.S. Bankruptcy Court, 110 E. Park Ave., #100, Tallahassee, FL 32301, as soon as possible.

**Any creditor who has already filed a proof of claim need not file another proof of claim.**

Dated: April 21, 2026　　　　　　　　　　　　　FOR THE COURT
　　　　　　　　　　　　　　　　　　　　　　　Traci E. Abrams, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　110 E. Park Ave., Ste. 100
　　　　　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32301

**Service:** Service by the Court to all creditors and parties in interest